## AFFIDAVIT OF JEREMIAH MARSHALL

COMES NOW, Jeremiah Marshall, and states as follows:

1. That your Affiant is an adult over 18 years of age.

2. That your Affiant has personal knowledge as to the facts and circumstances presented in thei Affidavit.

3. That your Affiant is currently being held by the Federal Bureau of Prisons at the Allenwood Federal Correctional Complex in Allenwood, Pennsylvania.

4. That your Affiant is incarcerated as a result of a finding of guilt after jury trial in federal court for the Western District of Kentucky. Case number 4:05-cr-00014-001.

5. That in 2005, prior to trial, Affiant's defense counsel, John Sale Gordon, advised that the government was offering Affiant a plea offer of 15 years. Counsel Gordon advised Affiant that due to the numerous complications with the government's case, a plea of 15 years was not a good plea offer. Affiant redused to accept the Governments' plea offer based on advice of counsel.

6. That Affiant's defense counsel advised that Affiant could not be held responsible for Counts One and Two because both essentially charge the same criminal act twice and that these two counts would be merged. Affiant was found guilty of both Counts One and Two separately. Clearly defense counsels' advice was incorrect.

7. Based on Mr. Gordon's advice Affiant rejected the government's plea offer. That rejection subjected this Affiant to a more harsher and severe sentence.

8. That Affiant's decision to plea not guilty was based on my understanding of the law and the government's prosecutorial theory as erroneously explained to me by Mr. Gordon. Affiant believed he was innocent and based that belief on the incorrect legal advice of Mr. Gordon.

I SOLEMLY SWEAR that all of the statements herein are true and correct to the best of my understanding and knowledge. 28 USC § 1748.

_1-16-13_
DATE

_Jeremiah Marshall_
Jeremiah Marshall - 09363-033
USP Allenwood - POB 3000
White Deer, Pa., 17887