UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT OWENSBORO

FILED
VANESSA L. ARMSTRONG, CLERK
JUL 19 2013
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

JEREMIAH MARSHALL     DEFENDANT

v.     CRIMINAL ACTION NO. 4:05CR-14-M

UNITED STATES OF AMERICA     RESPONDENT

## DEFENDANT'S REQUEST TO AMEND

On June 3, 2013, this Court re-characterized this Defendant's letter to the Court (DN 89), as a motion to amend his §2255 motion. This Court GRANTED the motion to amend and further ORDERED the Clerk of the to assign a civil action number; and Re-docket as an amendment to the §2255 motion.

Defendant now respectfully request his motion be captioned as:

MOTION TO HAVE THE GOVERNMENT RE-OFFER THE ORIGINAL PLEA AGREEMENT

as this Defendant would like to maintain the criminal number in this matter.

## REQUEST FOR APPOINTMENT OF COUNSEL

Defendant requested appointment of legal counsel in the interest of justice and to avoid the risk of constitutional error. Defendant again respectfully request appointment of counsel in this matter.

Respectfully Submitted,

Jeremiah Marshall, Pro Se
Fed.No. 09393-033
USP Allenwood - POB 3000
White Deer, Pa., 17887

cc: AUSA

INMATE NAME/NUMBER: JEREMIAH MARSHALL 09393-033
FCC ALLENWOOD
P.O. BOX 3000
WHITE DEER, PA 17887

HARRISBURG PA 171

15 JUL 2013 PM 7 L



MAILED FROM
U.S. PENITENTIARY
LEGAL MAIL

⇔09363-033⇔
Clerk Of Court
423 Frederica ST
U.S. Distrcit Court
Owensboro, KY 42301
United States

42301301399